# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1201

_____

CHARLES CALVIN REEDER III,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

October 16, 2019

PER CURIAM.

DENIED on the merits.

WOLF, B.L. THOMAS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charles Calvin Reeder III, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.